***United States District Court***
***District of Rhode Island***
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Robert Christopher Kettenburg, Plaintiff
1175 Hillsboro Road
Campbellsburg, KY 40011
(310) 801-8012

Vs.

Citizens Financial Group, formerly Charter One Bank, Defendant
One Citizens Plaza
Providence, Rhode Island 02903
401-456-7000

**COMPLAINT Under Title 18 of the US Code, Sections 241 and 242.**

Plaintiff maintains that Defendants knowingly and willfully placed an $1,800.00 strike on his credit report for over 5 years from a $200.00 bank overcharge. Said strike is currently on Plaintiff's credit report listed at $499.00 TWICE ($998.00). Plaintiff asks this Court to remove said strike from his credit report as restitution.

I certify that all of the information contained within this complaint is true to the best of my knowledge.

Robert Christopher Kettenburg Pro Se, Plaintiff
16 JUN 07