**United States District Court for the District of Rhode Island**

Robert Christopher Kettenburg, Plaintiff
1175 Hillsboro Road
Campbellsburg, KY 40011
(310) 801-8012

VS.

Citizens Financial Group, formerly Charter One Bank, Defendant
One Citizens Plaza
Providence, RI 02903
(401) 456-7000

**In pursuant to 28 U.S.C. paragraph 636(b)(1)(A) and (B), the following document is submitted on behalf of the plaintiff to the Court for motion to proceed without prepayment of fees.**

1. Plaintiff received approximately $600.00 per month income since 2001.

2. Plaintiff's monthly expenses include $200.00 per month for rent, approximately $100.00 per month for utilities, and $250.00 per month for food and miscellaneous expenses.

3. Outstanding debts are less than $900.00 total after this case is discharged.

4. Assets currently owned by plaintiff include a 4 year old computer set up valued at approximately $250.00, a used book and music collection valued at approximately $500.00, and an 8 year old entertainment center valued at approximately $500.00. Plaintiff currently has no checking or savings account, and has less than $50.00 in cash on him.

5. There are currently no individuals dependant upon the plaintiff for their support.

Robert Christopher Kettenburg Pro Se, Plaintiff
16 JUN 07