**U.S. District Court for the District of Rhode Island**

Robert Christopher Kettenburg, Plaintiff
1175 Hillsboro Road
Campbellsburg, KY 40011
(310) 801-8012

CA 07-223 ML

vs.

Citizens Financial Group, formerly Charter One Bank, Defendant
One Citizens Plaza
Providence, RI 02903

## PROOF OF SERVICE

I certify that a copy of the original complaint, civil cover sheet, and Motion to Proceed Informa Pauperous were mailed to the Defendants at their address listed above using normal mail delivery on June 16, 2007.

Robert Christopher Kettenburg Pro Se, Plaintiff
18 JUN 07