# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERT CHRISTOPHER KETTENBURG,
Plaintiff

v. C.A. No. 07223ML

CITIZENS FINANCIAL GROUP,
Defendant

## ANSWER

NOW COMES Citizens Financial Group ("Citizens") and, in response to Plaintiff's Complaint, states as follows.

1. Citizens is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the Complaint, but is in the process of reviewing its records regarding same. Accordingly, at this time Citizens denies the allegations and leaves Plaintiff to his proof thereof.

## Affirmative Defenses

1. Plaintiff fails to state a claim upon which relief may be granted.

2. Plaintiff lacks standing under 18 U.S.C. §241 or §242 as no private right of action exists under either statute and accordingly the complaint must be dismissed as a matter of law.

3. Citizens is not a proper party to the action.

4. Citizens reserves its right to amend its answer and add affirmative defenses as appropriate.

CITIZENS FINANCIAL GROUP

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Michael A. Gamboli ________________
Michael A. Gamboli, Esq. (#4684)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: July 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer was mailed, postage prepaid, on this 6th day of July, 2007 to:

Robert Christopher Kettenburg
1175 Hillsboro Road
Campbellsburg, KY 40011

/s/ Michael A. Gamboli ________________

927282_1