**U.S. District Court for the District of Rhode Island**

**1:07cv223** ML

Robert Christopher Kettenburg, Plaintiff
1175 Hillsboro Road
Campbellsburg, KY 40011
(310) 801-8012

vs.

Citizens Financial Group, formerly Charter One Bank, Defendant
One Citizens Plaza
Providence, RI 02903

# MOTION FOR RECONSIDERATION

Plaintiff formally OBJECTS to this Court's Report and Recommendation handed down by Judge Lincoln D. Almond on June 21, 2007. On the civil cover sheet of this case, Plaintiff left the "related cases" box empty as there are far too many to list. The paperwork would probably fill a truck. There may be other banking laws that apply, as implied by this Court's ruling, however, in light of the following internet documents, Plaintiff sticks to his original Title 18 US Code, Sections 241 and 242 allegations: www.robkettenburg.net/traitors2.htm and www.robkettenburg.net/02-930.html

Therefore, Plaintiff simply asks this Court that he be allowed to appeal this Court's decision to a higher Court.

I certify that a copy of this Motion for Reconsideration was mailed to the Defendants at their address listed above using normal mail delivery on July 5, 2007.

Robert Christopher Kettenburg Pro Se, Plaintiff
5 July 07