UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT KETTENBURG

v. CA 07-233 ML

CITIZENS FINANCIAL GROUP

ORDER

This matter is before the Court on Plaintiff's objection to the Report and Recommendation issued by United States Magistrate Judge Almond on June 21, 2007. This Court has reviewed the Report and Recommendation and Plaintiff's objection. Having done so, the Court agrees with Magistrate Judge Almond's conclusion that the complaint fails to state a claim on which relief may be granted. Plaintiff's objection is without merit.

Accordingly, this Court adopts the Report and Recommendation in its entirety. The Complaint is dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
July 16, 2007