# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ROBERT KETTENBURG**

**VS.** **C.A. NO. 07-233ML**

**CITIZENS FINANCIAL GROUP**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Citizens Financial Group, against the plaintiff, Robert Kettenburg, pursuant to the Order dated July 16, 2007 dismissing the complaint without prejudice.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: July 16, 2007