# U. S. District Court for the District of Rhode Island

## C.A. No. 07-233ML

Robert Christopher Kettenburg Pro Se, Appellant
1713 Spring St.
Jeffersonville, IN 47130
e-mail: robkettenburg@hotmail.com
www.robkettenburg.net

VS

Citizens Financial Group, formerly Charter One Bank, Respondent
One Citizens Plaza
Providence, RI 02903

**NOTICE OF APPEAL**

Appellant Robert Christopher Kettenburg formally appeals the judgment handed down by this Court's Chief Judge, Mary M. Lisi on July 16, 2007 to the US Court of Appeals for the First Circuit in Boston.

I certify that a copy of this Notice of Appeal was mailed to the Defendant's attorneys: Patridge, Snow, and Hahn, LLP, 180 South Main Street, Providence, RI 02903, using normal mail delivery on July 25, 2007.

Robert Christopher Kettenburg Pro Se, appellant
25 JULY 07