**U. S. District Court for the District of Rhode Island**

**C.A. No. 07-233ML**

Robert Christopher Kettenburg Pro Se, Appellant
1713 Spring St.
Jeffersonville, IN 47130
e-mail: robkettenburg@hotmail.com
www.robkettenburg.net

VS

Citizens Financial Group, formerly Charter One Bank, Respondent
One Citizens Plaza
Providence, RI 02903

**MOTION TO PROCEED INFORMA PAUPEROUS**

In pursuant to 28 U.S.C. paragraph 636(b)(1)(A) and (B), the following document is submitted on behalf of the Appellant to The Court for Motion to Proceed without prepayment of appeal fee.

I certify that a copy of this Motion was mailed to the Defendant's attorneys: Patridge, Snow, and Hahn, LLP, 180 South Main Street, Providence, RI 02903, using normal mail delivery on July 25, 2007.

Robert Christopher Kettenburg Pro Se, Appellant
25 JULY 07