UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

July 31, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

RE: **CA 07-223ML** **CCA#** ____________
Robert Christopher Kettenburg v. Citizens Financial Group

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL relative to the above-referenced appeal.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: ____________
John Duhamel
DEPUTY CLERK

encl: Certified docket
**TEXT ORDER dated 7/31/2007, granting Appellant's motion to proceed on appeal in forma pauperis**