CA. 07-223

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2180

ROBERT CHRISTOPHER KETTENBURG,

Plaintiff - Appellant,

v.

CITIZENS FINANCIAL GROUP, formerly Charter One Bank,

Defendant - Appellee.

**JUDGMENT**

Entered: November 1, 2007
Pursuant to 1st Cir. R. 27.0(d)

By notices issued September 21, 2007 and October 12, 2007, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by October 26, 2007, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45.0(a) and 3.0(b).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: NOV 26 2007

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER
By: ______________________
Chief Deputy Clerk.

[cc: Mr. Kettenburg, Mr. Gamboli and Ms. Byrd]